# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————————

## No. 201700144

————————————————

## UNITED STATES OF AMERICA
Appellee

v.

## JARRED T. WILLIAMS
Sonar Technician (Surface) Seaman Recruit (E-1), U.S. Navy
Appellant

————————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Paul C. LeBlanc, JAGC, USN.
Convening Authority: Commanding Officer, Training Support Center,
San Diego, CA.
Staff Judge Advocate's Recommendation: Lieutenant Stacy E. Saxon,
JAGC, USN.
For Appellant: Lieutenant Daniel E. Rosinski, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

————————————————

Decided 21 September 2017

————————————————

Before MARKS, JONES, and BELSKY, *Appellate Military Judges*

————————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court